AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RYDER-LEE GRAHAM<br><br>*Defendant.* | Case No.   24-MJ-6541-PMH |

FILED BY __R.P.B.__ D.C.
**Nov 15, 2024**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/25/2023-10/01/2024__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC Section 2422(b) | Enticement of a minor to engage in illicit sexual behavior |
| Title 18 USC Section 2251(a) | Production of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Stowers, Special Agent HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime

Date:  __11/15/2024__

_____
*Judge's signature*

City and state:  __Fort Lauderdale, Florida__     Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric Stowers, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. This affidavit is being submitted in support of a criminal complaint which charges **Ryder-Lee GRAHAM** with violations of Title 18, United States Code, Sections 2251(a) (Production of Child Pornography) and 2422(b) (Coercion and Enticement of a Minor).

2. I am employed as a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). Prior to the creation of DHS on March 1, 2003, I was employed as a Special Agent of an agency that preceded DHS: the United States Customs Service (USCS). Prior to joining HSI and USCS, I was a Special Agent with the United States Treasury Department's Treasury Inspector General for Tax Administration (TIGTA). In my current capacity as an HSI Special Agent, I am assigned to the Internet Crimes Against Children (ICAC) Task Force and am responsible for conducting child exploitation investigations. Specifically, I investigate crimes relating to the sexual exploitation of children, including but not limited to the enticement and attempted enticement of a minor to engage in sexual criminal activity, as well as the production, transportation, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2422(b), 2251, 2252, and 2252A. I have conducted and/or assisted in child exploitation investigations and received training in how to conduct such investigations. As a part of my duties, I have observed and reviewed numerous examples of child pornography, as defined in Title 18, United States Code, Section 2256, in all forms of media, including computer media. I am familiar with the tactics used by individuals who collect and distribute child pornographic material.

3. I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

4. On August 25, 2024, the Broward County Sheriff's Office (BSO) responded to a complaint at a residence in Lauderdale-By-The-Sea, FL. The complainant reported that he and his spouse had located sexually explicit material on the Snapchat account that belongs to their 13-year-old daughter, hereinafter, "Child Victim 1" (CV1).

5. According to the complainant, several obscene pictures were posted on CV1's Snapchat account, including but not limited to, a picture of a person's wrists with cuts on it, a picture of a pregnancy test, pictures of CV1 in pajamas, and pictures of CV1 topless. CV1 denied posting the pictures in question and indicated the account was likely "hacked" by an individual utilizing Snapchat username "grymlee.angel", aka "GrymLee." CV1 stated she began talking to "GrymLee" on Snapchat several months ago and that "GrymLee" had initially claimed to be a 15-year-old boy in California. CV1's Snapchat username was identified as "harper.spamsz".

6. The complainant provided written and verbal consent for BSO to detain and search two (2) electronic devices that belonged to CV1, including an Apple iPad and an Apple iPhone 13 Pro. The above information was provided to BSO Detectives from the Internet Crimes Against Children (ICAC) Task Force. A search of CV1's iPad revealed numerous conversations on Snapchat between "GrymLee" and CV1 dating back to November 25, 2023, when CV1 was 12 years old. According to these conversations, CV1 claimed to be 14 years old, and "GrymLee" claimed to be 19 years old. According to the messages, "GrymLee" repeatedly asked CV1 to produce and send him

sexually explicit images and videos herself. CV1 threatened to commit suicide if "GrymLee" did not stop his repeated requests and in response, "GrymLee" called CV1 a whore and told her to do it. "GrymLee" also encouraged CV1 to cut herself.

7. A subpoena to Snapchat for subscriber information pertaining to username grymlee.angel revealed the following identifiers:

> Email address: luckyjack374@gmail.com
>
> Phone number: (970) 582-0107
>
> Username history:
>
> Old Value (i.e. old username): ryderlee.angel
>
> New Value (i.e. current username): grymlee.angel

8. A subpoena to Google for subscriber information pertaining to luckyjack374@gmail.com returned the following data:

> Name: Keep Everything Silent
>
> Given Name: Keep Everything
>
> Family Name: Silent
>
> Recovery email: ryder.graham7134@gmail.com
>
> Recovery SMS: +19705820107

Billing information pertaining to the above Google account listed the Customer Display Name as Ryder-Lee A. Graham.

9. The Snapchat and Google subpoena returns listed numerous Internet Protocol (IP) addresses associated with the target account(s) activity. Law enforcement served multiple subpoenas to various Internet Service Providers (ISPs) pertaining to these IP addresses, to include AT&T, T-Mobile, Spectrum, and Comcast. The subpoena to Comcast Cable Communications returned the following information:

        Subscriber Name: Patricia Gram

        Service Address: 9422 W. 65th Ave. Arvada, CO 80004

10.     Driver's License information for GRAHAM is listed as follows:

        Name: Ryder-Lee Angelo Graham

        Date of Birth: 2004-xx-xx

        SSN: xxx-xx-xxxx

11.     Law enforcement served a subpoena to T-Mobile pertaining to phone number (970) 582-0107. The records from T-Mobile listed the subscriber as Ryder GRAHAM.

12.     On October 18, 2024, the Naval Criminal Investigative Service (NCIS) confirmed that Ryder-Lee GRAHAM is currently in the United States Marine Corps assigned to the Marine Corps Embassy Security Group (MCESG) in Quantico, VA. According to NCIS, GRAHAM has listed phone number (970) 582-0107 and listed email address luckyjack374@gmail.com.

13.     On August 30, 2024, law enforcement served a state search warrant to Snapchat pertaining to the account "GrymLee.Angel". A review of the records provided by Snapchat revealed numerous images of suspected child pornography/child sexual abuse material (CP/CSAM) and child erotica depicting CV1 in the account. Approximately 136 of these images depicted a female inserting her fingers into her vagina, as well as close-up images of a vagina. These images were reportedly sent to "GrymLee.Angel" by Snapchat account user, "him1k0." Further investigation revealed numerous other images sent to the "GrymLee.Angel" account by user, "him1k0," including apparent images of CV1's face and images of messaging conversations bearing CV1's first name. Based on this information, it was determined the "him1k0" account was likely a secondary Snapchat account utilized by CV1. Multiple "selfie" photographs located in the "GrymLee.Angel" account also match the likeness of Ryder-Lee GRAHAM's Colorado driver's license photo.

4

14.     The above information was provided to HSI for further investigation. On October 24, 2024, an HSI Forensic Interview Specialist (FIS) interviewed CV1 at the HSI office in Lauderhill, FL. During the interview, CV1 admitted producing and sending CSAM to "GrymLee", aka GRAHAM, at his request. CV1 further indicated that on multiple occasions, "GrymLee" had coerced and threatened CV1 into sending CSAM, and had also coerced CV1 into self-harm (i.e. cutting wrists). Following the interview, CV1 showed law enforcement the scars on her wrist that resulted from the cutting. CV1 further indicated that when CV1 would refuse to send him pictures, "GrymLee" threatened to publish sexually explicit photos of CV1 onto CV1's Snapchat and TikTok accounts, as well as send these photos to CV1's teachers at school. CV1 also disclosed providing "GrymLee" the passwords to multiple email/social media/messaging applications that belong to CV1.

15.     Also, during the interview, CV1 was shown multiple images of suspected CSAM and child erotica obtained from GRAHAM's Snapchat account, and CV1 identified herself in those images. CV1 was shown an up-close image of beaded bracelets, taken from one of the sexually explicit photos of CV1 discovered in GRAHAM's Snapchat account, and CV1 stated that she had made the bracelets because "GrymLee" instructed her to make four (4) of them, including one with the name "Angel", one with the name "GrymLee", one with the initials "RGXHL", and one with the name "Grymlee", and another one that was just a plain bracelet with CV1's and GrymLee's favorite colors on it, with no letters. HSI later retrieved these bracelets from CV1's residence, for evidentiary purposes. In subsequent conversations with CV1's parents, the Snapchat account bearing username, "him1k0" was identified as a secondary account belonging to CV1.

## CONCLUSION

Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of **Ryder-Lee GRAHAM** for committing violations of Title 18, United States Code,

5

Sections 2251(a) (Production of Child Pornography) and 2422(b) (Coercion and Enticement of a Minor).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT ERIC STOWERS
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ____FaceTime____ on this __15th__ day of November 2024.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

6